UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **ALVIN E. KEELS, JR.**, <br><br> Defendant. | Case No. _____ |

## COMPLAINT

The Plaintiff, the United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the nondischargeable unpaid federal income taxes and interest assessed against Alvin E. Keels, Jr. for the 2006, 2008-2012, and 2015 tax years. In support of this action, the United States alleges as follows:

### JURISDICTION & VENUE

1. Jurisdiction is conferred upon the district court by virtue of 28 U.S.C. §§ 1331, 1340 and 1345 and 26 U.S.C. § 7402.

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1396 because the federal tax liabilities at issue accrued in Portsmouth, Virginia, which is located in this judicial district. Defendant is also currently a resident of Portsmouth, Virginia.

### PARTIES

3. Plaintiff is the United States of America.

4. Defendant Alvin E. Keels, Jr. ("Keels"), resides in Portsmouth, Virginia, which is within the jurisdiction of this Court.

## COUNT 1 – ASSESSMENTS AGAINST ALVIN E. KEELS, JR.

5. The United States incorporates paragraphs 1 through 4 of this Complaint.

6. A delegate of the Secretary of the Treasury of the United States properly and timely assessed federal income taxes, penalties, and interest against Keels for the listed tax periods, on the dates and in the amounts set forth below:

| Tax Period | Date(s) of Assessment | Initial Assessment Amount | Total Balance as of Sept. 17, 2025[1] |
|---|---|---|---|
| 12/31/2006 | Jan. 10, 2011 | $107,299 | $9,794 |
| 12/31/2008 | Dec. 27, 2010 | $135,458 | $1,115,510 |
|  | Jun. 16, 2014 | $410,120 |  |
| 12/31/2009 | Mar. 21, 2011 | $77 | $909,114 |
|  | Jun. 16, 2014 | $459,913 |  |
| 12/31/2010 | Jul. 23, 2012 | $81,025 | $1,484,473 |
|  | Jun. 16, 2014 | $699,092 |  |
| 12/31/2011 | Dec. 17, 2012 | $130,282 | $1,537,575 |
|  | Jun. 16, 2014 | $738,661 |  |
| 12/31/2012 | Sep. 8, 2014 | $75,196 | $134,136 |
| 12/31/2015 | Nov. 21, 2016 | $182,381 | $270,987 |
|  |  | **Total:** | **$5,461,589** |

7. Notices and demands for payment of the tax assessments described in paragraph 6 were given to the Keels, but he failed to fully pay the assessed amounts.

---

[1] Total balance does not include penalties dischargeable under 11 U.S.C. § 523(a)(7).

8. Interest has accrued and will continue to accrue on the unpaid balance of the federal tax liabilities set forth in paragraph 6, above.

9. The balance owed on the unpaid federal income tax liabilities described in paragraph 6 above for the 2006, 2008-2012 and 2015 tax years, including interest and excluding penalties discharged under 11 U.S.C. § 523(a)(7), was **$5,461,589** as of September 17, 2025, with interest and statutory additions to tax accruing thereafter according to law until paid in full.

*The Federal Income Tax Liabilities are Excepted from Discharge Because Defendant Willfully Attempted to Evade or Defeat Such Taxes*

10. Alvin E. Keels, Jr., filed a chapter 7 bankruptcy petition on February 8, 2021.  *In re Alvin E. Keels, Jr.*, No. 2:21-bk-70254-SCS, Doc. 1 (Bankr. E.D. Va.).

11. The Bankruptcy Court entered an order of discharge on June 21, 2021.  (*Id.* at Doc. 67.)

12. A bankruptcy discharge operates as an injunction against the commencement or continuation of an action to collect, recover, or offset a discharged debt as a personal liability of the debtor.  11 U.S.C. § 524(a)(2).

13. The federal income tax liabilities assessed against Keels listed in paragraph 6 are excepted from discharge because he willfully attempted to evade or defeat such taxes under 11 U.S.C. § 523(a)(1)(C).

14. Alvin E. Keels, Jr., knew or should have known he owed federal income taxes for the years 2006, 2008 to 2012, and 2015.

15. Yet he willfully acted—and failed to act—for the purpose of evading and defeating the collection of the taxes he owed for those years. Those acts and omissions include but are not limited to the following.

   a. The Defendant failed to timely file his tax returns for six of the seven tax periods at issue.

   b. The Defendant underreported tax owed on his tax returns. The Defendant's income tax returns were examined for four of the seven periods (2008-2011). He was assessed significant additional taxes.

   c. The Defendant repeatedly filed extensions of time to file his tax returns without making payment of the amount due for four of seven tax periods at issue.

   d. The Defendant repeatedly failed to make sufficient withholding or estimated tax payments or make payments when filing his returns.

   e. The Defendant chose not to pay his tax debts over the past almost 20 years despite having sufficient funds to do so.

   f. The Defendant instead spent money on discretionary expenses, including vehicles, donations, tuition for his children, and jewelry rather than paying his tax debts prior to the petition date.

   g. The Defendant used nominees including his various businesses to shelter his assets from collection efforts.

WHEREFORE, Plaintiff, the United States of America, prays as follows:

A. That the Court order and adjudge that the federal income tax liabilities set forth in paragraph 6 above were not discharged in his bankruptcy case;

B. That the Court order and adjudge that Alvin E. Keels, Jr. is indebted to the United States in the amount of $5,461,589 for the 2006, 2008-2012 and 2015 tax years, including interest and excluding penalties discharged under 11 U.S.C. § 523(a)(7), as of September 17, 2025, with interest and statutory additions to tax accruing thereafter according to law until paid in full; and

C. That the Court award such other and further relief as may be deemed just and proper under the circumstances.

Dated: September 22, 2025,

/s/ Olga L. Tobin
OLGA L. TOBIN
WARD W. BENSON
MOIRA E. GOODWIN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6322 (Tobin)
(202) 514-9642 (Benson)
(202) 307-6514 (Goodwin)
(202) 514-6866 (Fax)
Olga.L.Tobin@usdoj.gov
Ward.W.Benson@usdoj.gov
Moira.E.Goodwin@usdoj.gov

MARY M. CLEARY
Acting United States Attorney

*/s/ Garry Harlieb*
GARRY HARTLIEB
IL Bar No. 6322571
Assistant United States Attorney
Office of the United States Attorney
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
Telephone: (757) 441-6331
Facsimile: (757) 441-6689
Garry.Hartlieb@usdoj.gov

*Counsel for United States of America*